# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 18, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

      Re: Tyrone Cade
           v. Texas
           No. 15-6119
           (Your No. AP-76,883)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 14, 2015 and placed on the docket September 18, 2015 as No. 15-6119.

Sincerely,

**Scott S. Harris**, Clerk

by *Melissa Blalock*

Melissa Blalock
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 29 2015

Abel Acosta. Clerk